UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADEWALE B. IDOWU, | |
| Plaintiff, | Civil No. 08-2294 (KSH) |
| v. | |
| ROBERT BEATON, et al., | O R D E R |
| Defendants. | |

The Court having considered plaintiff's application to proceed in forma pauperis and file the complaint without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court having screened the complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A;

It is on this _____ day of _____, 2008,

ORDERED that the Clerk of the Court is directed to amend the docket to reflect plaintiff's name as "ADEWALE B. IDOWU;" and it is further

ORDERED that plaintiff may proceed in forma pauperis without prepayment of the $350.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court is directed to file the complaint in the above-captioned action; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this order by regular mail on the Attorney General for the State

of New Jersey and on the warden of the Southwoods State Prison; and it is further

ORDERED that plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

ORDERED that in each month that the amount in plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of the plaintiff shall assess, deduct from plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

ORDERED that all claims against defendants Dougherty, Morse, Curry, D'Arienzo, are DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1); and it is further

ORDERED that all claims against defendants Romankow, Brunnetti, Reyes, Moynihan, and Heimlich are DISMISSED, with prejudice, for seeking relief from immune defendants, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(iii) and 1915A(b)(2); and it is further

ORDERED that all claims against the remaining defendants are DISMISSED, without prejudice; and it is finally

ORDERED that the Clerk of the Court shall close this case.

KATHARINE S. HAYDEN
United States District Judge